UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X
JANE DOE,

                          Plaintiff,                  **STIPULATION**

        -against-

NEW YORK STATE OFFICE OF MENTAL HEALTH and
MATTHEW CANUTESON,                      1:25-cv-912
                                                                      (ECC/DJS)

                          Defendants.
----------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the deadline for defendants' responsive pleadings be extended until October 2, 2025.

Dated: Syracuse, New York
       September 3, 2025

BANTLE & LEVY, LLP                   LETITIA JAMES
Attorneys for Plaintiff                  Attorney General of the State of New York
99 Park Avenue                           Attorney for Defendants
Suite 1510                                   300 S. State Street, Suite 300
New York, New York 10016           Syracuse, New York 13202

By: _Robert L. Levy_                  By: _____
    Robert L. Levy, Esq.                  Aimee Cowan, Esq
                                              Assistant Attorney General
                                              Telephone: (315) 448-4800
                                              Fax: (315) 448-4853
                                              Email: aimee.cowan@ag.ny.gov

SO ORDERED:

_[signature]_
U.S. DISTRICT JUDGE — Magistrate Judge
Daniel J. Stewart