TULLY RINCKEY PLLC
ATTORNEYS & COUNSELORS AT LAW

1203 TROY-SCHENECTADY ROAD, SUITE 101
LATHAM, NEW YORK 12110
PHONE: (518) 218-7100
FAX: (518) 218-0496
WWW.TULLYLEGAL.COM
EMAIL: INFO@TULLYLEGAL.COM

**VIA CM/ECF:**

November 18, 2025

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
445 Broadway, Room 409
Albany, New York 12207

***Re*:** ***Jane Doe v. Office of Mental Health, et al.*, Case No. 1:25-CV-912 (ECC/DJS)**
**Defendant Canuteson Letter Joining in Opposition to Plaintiff's Motion**

Dear Magistrate Stewart,

On behalf of Defendant, Matthew Canuteson ("Defendant Canuteson"), we write to respectfully join, in full, the Defendant Office of Mental Health ("Defendant OMH") October 30, 2025 Opposition to Plaintiff's Motion for Leave to Proceed Under a Pseudonym (Dkt. No. 18), and to adopt the arguments and authorities set forth therein.

As correctly outlined in detail in the Opposition papers submitted by Defendant OMH, Plaintiff has failed to meet the substantial burden required to overcome the strong presumption in favor of open judicial proceedings. In accordance with Rule 10 of the Federal Rules of Civil Procedure ("FRCP") a "complaint must name all the parties." FRCP 10(a); *see also Publicola v. Lomenzo*, 54 F.4th 108, 112 (2d Cir. 2022); *United States v. Pilcher*, 950 F.3d 39, 45 (2d Cir. 2020). This Rule "serves the vital purpose of facilitating public scrutiny of judicial proceedings" and "cannot be set aside lightly." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188-189 (2d Cir. 2008). Here, Plaintiff's generalized assertions are insufficient to justify the extraordinary remedy of proceeding under a pseudonym and the relevant factors the Court must consider to allow Plaintiff to proceed anonymously weigh heavily against her.

Accordingly, for the reasons set forth in Defendant OMH's Opposition papers and as supported by the existing record, Defendant Canuteson respectfully requests that the Court deny Plaintiff's Motion to Proceed Under a Pseudonym and for a Protective Order.

Respectfully,

*/s/Matthew P. Ricci*_____
Matthew P. Ricci, Esq.
Senior Associate
NDNY No.: 701971

Allen A. Shoikhetbrod
Managing Partner
NDNY No.: 519798

TULLY RINCKEY PLLC
1203 Troy Schenectady Road, STE 101
Latham, NY 12110

To: Robert L. Levy, Esq.
Bantle & Levy, LLP
Attorneys for Plaintiff
99 Park Avenue, Suite 1510
New York, New York 10016

Aimee Cowan, Esq.
Assistant Attorney General
Attorney General of the State of New York
Attorney for Defendant New York State Office of Mental Health
300 S. State Street, Suite 300
Syracuse, New York 13202