BANTLE & LEVY LLP
ATTORNEYS AT LAW
99 PARK AVENUE, SUITE 1510
NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

January 20, 2026

**VIA ECF**
Honorable Daniel J. Stewart, U.S.M.J.
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

Re: *Jane Doe v. OMH, et al.,* Case No. 1:25-cv-00912-ECC-DJS

Dear Judge Stewart:

We represent the Plaintiff in the above-referenced case. Pursuant to the Court's December 31, 2025 Scheduling Order, we write, jointly with counsel for Defendants, to provide a status update.

Plaintiff has circulated drafts of an ESI protocol and a protective order and the parties are currently working in collaboration to finalize these documents. Plaintiff is prepared to produce text messages between her and Defendant Matthew Canuteson once the protective order has been finalized. Defendant Canuteson is working with a vendor to obtain text messages maintained by him and will produce said messages when available.

Plaintiff intends to provide Defendants with HIPAA release authorizations for her medical providers, with all such records produced to be maintained as confidential pursuant to the protective order to be entered in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

Robert L. Levy
Robert L. Levy